UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| Plaintiff, | **MEDIATION CERTIFICATION** |
| -vs- | -CV- |
| Defendants. |  |

_____

I hereby certify that:

☐ Case has settled prior to scheduling first session.

☐ Case has settled prior to session scheduled for _____.

☐ Mediation session was held on _____.

  ☐ **Case has settled.** The parties have agreed that _____ will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than _____.

  ☐ **Case has not settled.** Mediation will continue on _____.
     (specific date)

  ☐ **Case has not settled.** The parties may schedule another session at a later date.

  ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: _____      _____
                                    Mediator

Additional Comments:
_____
_____
_____